1  ADAM WANG, Bar No. 201233
   ADAM PEDERSEN, Bar No. 261901
2  LAW OFFICES OF ADAM WANG
   12 South First Street, Suite 708
3  San Jose, CA 95113
   Tel:  (408) 292-1040
4  Fax:  (408) 416-0248
   waqw@sbcglobal.net
5
   Attorneys for Plaintiffs                              *E-FILED - 3/24/09*
6
   Dan Do
7  Attorney for Defendants
8
9                 UNITED STATES DISTRICT COURT
10           FOR NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  APOLONIA SALINAS CORTES | Case No.: C08-03952 RMW |
| 13        Plaintiff, | STIPULATION TO DISMISS WITH PREJUDICE & XXXXXXXXXX ORDER THEREON |
| 14            vs. | |
| 15  THAN SON TOFU/CHE HIEN KHANH, THAN SON HIEN KHANH, MICHAEL | |
| 16  NGUYEN, MAI UYEN DANG, and DOES 1-10 | |
| 17        Defendants | |

18
19       Plaintiff and Defendants, through their respective counsel, hereby stipulate as follows:
20       1.      Parties have reached a settlement with respect to all claims of Plaintiffs against all
21  Defendants in this case.
22       2.      As such, parties hereby stipulate to dismiss this action in its entirety with
23  prejudice.
24       3.      The Parties stipulate that this Court should retain its jurisdiction over this case for
25  the purpose of enforcing the settlement agreement.


                                              1           C08-03952 RMW

1

2                                                    RESPECTFULLY SUBMITTED,

3    Dated:  March 10, 2009                          By: _____
                                                            Adam  Pedersen  # 261901
4                                                    for ADAM WANG

5                                                    Attorney for Plaintiffs

6

7    Dated:  March 10, 2009

8                                                    By: _____

9

10                                                   DAN DO

11                                                   Attorney for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        2                C08-03952 RMW

STIPULATION TO DISMISS
Salinas  v. Tahn Son Tofu

1

2                         [xxxxxxxxxxxxx] ORDER

3        Pursuant to party's stipulation, IT IS SO ORDERED.

4

5                                        *Ronald M. Whyte*

6    Dated:  March  __24__, 2009
                                        Hon. R. M. Whyte
7                                        United States D.C. Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                   3              C08-03952 RMW

STIPULATION TO DISMISS
Salinas  v. Tahn Son Tofu